```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 28130
    EDGAR F SHERK
    DEBORAH A MAY                              CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-2089    SSN XXX-XX-6243

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/08/05 and confirmed on 02/09/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  58182.35 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
HSBC                       CURRENT MORTG         .00            .00           .00
WACHOVIA DEALER SERVICES   UNSECURED        16034.10            .00      16034.10
CITIBANK NA                UNSECURED        NOT FILED           .00           .00
HSBC                       UNSECURED        NOT FILED           .00           .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED           .00           .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED           .00           .00
B REAL LLC                 UNSECURED        13007.54            .00      13007.54
B REAL LLC                 UNSECURED         1172.35            .00       1172.35
DELL PREFERRED ACCT        UNSECURED        NOT FILED           .00           .00
GM CARD                    UNSECURED        NOT FILED           .00           .00
ILLINOIS STUDENT ASSIST    UNSECURED             .00            .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         7109.54            .00       7109.54
ECAST SETTLEMENT CORPORA   UNSECURED        18649.38            .00      18649.38
NATIONAL EDUCATION SERVI   UNSECURED        NOT FILED           .00           .00
US DEPARTMENT OF EDUCATI   UNSECURED        NOT FILED           .00           .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00      55972.91       .00       55972.91
PRINCIPAL PAID         .00          .00      55972.91       .00       55972.91
INTEREST PAID          .00          .00           .00       .00            .00
TOTAL PAID             .00          .00      55972.91       .00       55972.91
The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $        .00
and was paid $      .00 .

The Trustee received $   2209.44 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/18/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE